# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
_____

UNITED STATES OF AMERICA,

                    Plaintiff,

v.                                    Criminal File No. 03-255 (MJD/JGL)

                                      **ORDER**

(1) NATHANIEL RICHARD,

                    Defendant.
_____


This matter is before the Court on Defendant Nathaniel Richard's Letter Motion to Request Early Release from Supervised Release.  [Docket No. 23]  The Court commends Richard for maintaining steady employment, finding extensive community support, and staying away from negative influences.  However, based on Richard's criminal history, the Court will not grant early release.  The Court hopes that Richards will continue his dedication to improving his life during his remaining time on supervised release.


Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that

Defendant's Letter Motion to Request Early Release from Supervised

Release [Docket No. 23] is **DENIED**.

Dated:   April 20, 2010

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court